**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: PETITION OF THE LAMAR     :   No. 213 MAL 2022
COMPANIES FROM THE DECISION OF    :
THE ZONING HEARING BOARD OF EAST   :
WHITELAND TOWNSHIP DATED        :   Petition for Allowance of Appeal from
OCTOBER 29, 2019                  :   the Order of the Commonwealth
                                    :   Court
                                    :
PETITION OF: THE LAMAR COMPANIES   :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 12th day of October, 2022, the Petition for Allowance of Appeal is

**DENIED**.